UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| WILLIE CAUDLE | PETITIONER/DEFENDANT |
| vs. | CRIMINAL CASE NO. 3:09CR-95-1-S |
| UNITED STATES OF AMERICA | RESPONDENT/PLAINTIFF |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the magistrate judge (DN 79), which this Court has adopted in full, and for the reasons articulated in the Memorandum Opinion entered this date, it is hereby ordered, decreed, and adjudged,

1) That the motion of the Petitioner, Willie Caudle, filed herein pursuant to 28 U.S.C. § 2255 (DN 75), may be and the same is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

2) That because no jurist of reason could find it debatable that the Petitioner's motion is time-barred, and that he waived any right to file such Petition, and that the substantive grounds upon which the Petitioner relies are not cognizable under 28 U.S.C. § 2255, a certificate of appealability may be in the same is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: March 12, 2014

Charles R. Simpson III, Senior Judge
United States District Court

cc   Petitioner, pro se
     United States Attorney
     Counsel of Record